**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Carmen Wold, Carol Wold, Cordell Wold, Edith Wold, Kris Wold, Kevin Wold, Lyle Larson, as Trustee of the Larson Family Nominee Trust, and Melba Larson, as Trustee of the Larson Family Nominee Trust, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>Zavanna, LLC, and Zenergy, Inc., <br><br>　　　　Defendants. | **ORDER TERMINATING MOTION FOR ATTORNEY FEES AND TAXATION OF COSTS** <br><br><br><br><br><br><br><br>Case No. 4:12-cv-043 |

On January 30, 2014, defendants filed a "Motion for Attorney's Fees and Taxation of Costs." The parties have informed the court that they have reached an agreement regarding the payment of fees and costs. Accordingly, defendants' motion (Docket No. 80) is **TERMINATED**.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

1