**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Carmen Wold, Carol Wold, Cordell Wold, Edith Wold, Kris Wold, Kevin Wold, Lyle Larson, as Trustee of the Larson Family Nominee Trust, and Melba Larson, as Trustee of the Larson Family Nominee Trust, | **ORDER ADOPTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | Case No. 4:12-cv-043 |
| Zavanna, LLC, and Zenergy, Inc., | |
| Defendants. | |

Before the court is a "Stipulation for Dismissal with Prejudice" filed on October 16, 2014. The parties stipulate and agree that defendants withdraw their motion for attorney's fees and costs, that the action should be dismissed with prejudice, and that each party shall bear its own costs and attorney's fees.

The court **ADOPTS** the stipulation (Docket No. 93) to the extent that it disposes of any claim for costs and attorney's fees. A judgment dismissing plaintiffs' complaint with prejudice was entered following the issuance of the court's order granting defendants' motion for summary judgment.

Dated this 17th day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court